MACDERMID PRINTING SOLUTIONS, LLC,
Appellant

v.

E.I. DUPONT DE NEMOURS & COMPANY, Appellee.

No. 2015–1750.

United States Court of Appeals, Federal Circuit.

March 16, 2016.

John Richard Horvack, Jr., Carmody Torrance Sandak & Hennessey LLP, New Haven, CT, argued for appellant. Also represented by John Louis Cordani.

Charles E. Lipsey, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by Erika Arner; Aaron Gleaton Clay, Howard Warren Levine, Washington, DC; Jeffrey Daniel Smyth, Jennifer Swan, Palo Alto, CA; Mary K. Ferguson, Boston, MA; Michael S. Marcus, Blank Rome LLP, Washington, DC.

TARANTO, LINN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**